UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| LISA WAGAMAN, individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) No.: 3:21-CV-398-KAC-DCP |
| E-Z STOP FOOD MARTS, INC., | ) ) ) |
| Defendant. | ) |

## **JUDGMENT**

Pursuant to the Memorandum and Order Approving Settlement, this action is **DISMISSED** with prejudice. The Clerk is **DIRECTED** to close the case.

IT IS SO ORDERED.

_____
KATHERINE A. CRYTZER
United States District Judge

ENTERED AS A JUDGMENT:
  *s/ LeAnna R. Wilson*
  CLERK OF COURT